ACCEPTED
12-14-00018-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/19/2015 4:45:47 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00018-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| **VS.** | § | **TWELFTH COURT** |
| **ROBERT CLAYTON** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/19/2015 4:45:47 PM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ROBERT CLAYTON, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. ROBERT CLAYTON, and numbered 31223.

3.      Appellant was convicted of Driving While Intoxicated - Third or More.

4.      Appellant was assessed a sentence of 20 years in the Texas Department of Criminal Justice, Institutional Division on December 9, 2013.

5.      Notice of appeal was given on January 3, 2014.

6.      The clerk's record was filed on April 7, 2014; the reporter's record for the punishment hearing was filed on May 23, 2014.   The reporter's record for the guilt/innocence portion of the trial was filed December 16, 2014, however, counsel for Appellant received the record on February 20, 2015.

7.      The appellate brief is presently due on March 19, 2015.

8.      Appellant requests an extension of time of 30 days from the present date, i.e. April 19, 2015.

9.     Three prior extensions to file the brief have been filed in this cause because Appellant's attorney did not received the full reporter's record in June 2014. This is the first extension filed since receiving the full record.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has still been unable to properly review the record or visit with Appellant. Appellant's attorney was not Appellant's trial attorney and needs additional time to properly investigate the issues on appeal. Appellant is incarcerated at the Bradshaw Unit in Henderson, Texas. Appellant would like time to schedule an appointment to visit with Appellant to review the facts of the case.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474
Email: fletchlaw@yahoo.com

By:_____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for ROBERT CLAYTON

## CERTIFICATE OF SERVICE

This is to certify that on March 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by hand delivery.

_____
PHILIP C. FLETCHER

**STATE OF TEXAS**         §
                                   §

**COUNTY OF ANDERSON**     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 19, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

Page No. 3